UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALBERT CLAYTON,

    Plaintiff,

v.                                          CASE NO: 8:05-cv-951-T-23TGW

STATE OF FLORIDA et al.,

    Defendants.
_____/

**ORDER**

    The plaintiff files a notice (Doc. 1) of removal purporting to remove a state criminal proceeding to this court.  Although 28 U.S.C. § 1441 provides a procedure for removing a civil action from a state court, no analogous procedure exists to remove a criminal action.  Consequently, this action is **REMANDED**.  The Clerk is directed to (1) mail a certified copy of this order to the Clerk of the Thirteenth Judicial Circuit Court of Florida for Hillsborough County, pursuant to 28 U.S.C. § 1447(c); (2) terminate any pending motion; and (3) close the file.

    ORDERED in Tampa, Florida, on May 24, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE